**STATE of Missouri, Respondent,**

v.

**Terry ADAMS, Appellant.**

No. ED 86908.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 29, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 11, 2006.

Application for Transfer Denied Nov. 21, 2006.

Nancy A. McKerrow, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jayne T. Woods, Jefferson City, MO, for respondent.

Before GEORGE W. DRAPER III, P.J., GARY M. GAERTNER, SR., J., and ROBERT G. DOWD, JR., J.

### ORDER

PER CURIAM.

Terry R. Adams (hereinafter, "Defendant") appeals from the judgment entered after a jury found him guilty of one count of forgery, Section 570.090 RSMo (2000). The trial court sentenced Defendant, as a prior and persistent offender, to a term of fifteen years' imprisonment. He claims the trial court erred in denying his motion to suppress and introducing evidence of certain items at trial because those items were seized improperly.

We have reviewed the briefs of the parties and the record on appeal. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision.

The judgment is affirmed pursuant to Rule 30.25(b).